UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
IN RE

LAURA JEAN GREGORY,
 AKA L.J.'S CAFE,
 TA D.A.R. BAR & GRILL, INC.,

DEBTOR.

CHAPTER 7

CASE NO. 18-78495 ast

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

**ON** February 28, 2019, the Motion (the "Motion") of Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Movant") dated January 9, 2019, came before the Court, for relief from the automatic stay with respect to the collateral known as 14 Lexington Avenue, West Babylon, NY 11704 (the "Collateral"). This Court, having considered the evidence presented and the argument of the parties, and with good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay, effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. § 362(d)(1) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all actions under applicable state law to exercise its remedies against the Collateral, and it is further

**ORDERED** that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within (30) days of the report [if applicable], and shall be noticed with any surplus monies realized from the sale of the Collateral, and it is further

**ORDERED**, that all other relief sought in the Motion is denied

**Dated: March 26, 2019**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**